UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-80149-CR-MARRA/HOPKINS (s)(s)

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOSEPH CASTRONUOVO, M.D.

    Defendant.
_____/

**DEFENDANT CASTRONUOVO'S NOTICE OF FILING**

COMES NOW the Defendant, Joseph Castronuovo, M.D., by and through his undersigned counsel, who respectfully files the following case citations pertaining to the admissibility of an out-of-court statement made by Christopher Hutson to witness Dr. David Meek:

1. As to whether co-conspirator statements can be admitted if the statements were made in another conspiracy:

*United States v. Ibsan Elashi,* 554 F.3d 480, 503 (5th Cir. 2008);

*United States v. Simmons,* 374 F.3d 313, 320 (5th Cir. 2004);

2. As to the admissibility of a statement regarded as "idle chatter":

*United States v. Paone,* 782 F.2d 386, 390-391 (2d Cir. 1986);

Federal Rules of Evidence, Rule 804(b)(3) (Statement Against Interest)

*United States v. Triplett*, 922 F.2d 1174, 1182 (2d Cir. 1991).

Respectfully submitted,

SCLAFANI & ASSOCIATES, P.A.
110 SE 6th Street
Suite 1970
Fort Lauderdale, Florida 33301
Telephone: (954) 892-7333
Facsimile: (954) 476-0684


By: s/Thomas D. Sclafani
    Thomas D. Sclafani, Esq.
    Fla. Bar No. 23248

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

    s/Thomas D. Sclafani