UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-CR-MARRA(s)(s)

UNITED STATES OF AMERICA

v.

JOSEPH CASTRONUOVO, M.D.,

    Defendant.

_____/

## VERDICT

We, the jury, unanimously find as follows:

### COUNT 1

Conspiracy to Distribute or Dispense, or Possess with Intent to Distribute or Dispense, a Controlled Substance

_____       _____[X]_____
   GUILTY                NOT GUILTY

### COUNT 10

Distributing or Dispensing, or Possessing with Intent to Distribute or Dispense, a Controlled Substance

_____       _____[X]_____
   GUILTY                NOT GUILTY

*If you have found the defendant guilty of Count 10, then you must answer the following question:*

Did the death of Tommy Wayne Harris result from the use of the oxycodone that the Defendant

caused to be distributed or dispensed on or about March 30, 2009?

_____  _____
YES  NO

### COUNT 11

Distributing or Dispensing, or Possessing with Intent to Distribute or Dispense, a Controlled Substance

_____  \_\_\_\_✓_____
GUILTY  NOT GUILTY

*If you have found the defendant guilty of Count 11, then you must answer the following question:*

Did the death of Michael Grant result from the use of the oxycodone that the Defendant caused to be distributed or dispensed on or about June 29, 2009?

_____  _____
YES  NO

### COUNT 13

Money Laundering Conspiracy

\_\_✓\_\_(circled)\_\_  \_\_\_\_✗_____
GUILTY  NOT GUILTY

SO SAY WE ALL.

_____  _____
Foreperson (please sign)  Foreperson (please print)

West Palm Beach, Florida     30, July 2013
                              Date