UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 10-80149-Cr-Marra
          Plaintiff,
vs.                                  **NOTICE OF SENTENCING**

JOSEPH CASTRONUOVO,
          Defendant.
_____/

TO:   Defendant, Defense Counsel, and U.S. Attorney's Office

     By direction of the Honorable Kenneth A. Marra, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **Monday, November 4, 2013** at **2:30 p.m.** for the imposition of sentence. On that date, report to the U.S. Courthouse, 701 Clematis Street, Courtroom #4, West Palm Beach, Florida, where sentence will be imposed. You will receive no further notice.

     If the above-named defendant has executed a bond with this court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18:USC:3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $250,000, or both, if convicted.

     IT IS FURTHER ORDERED that a Presentence Investigation Report to this Court will be completed. DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION.

     IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Date:  7/31/13                         CLERK, UNITED STATES DISTRICT COURT
Counsel: Thomas Sclafani
Received: Joseph Castronuovo       BY:  Irene Ferrante _____
                                          COURTROOM DEPUTY CLERK

Guilty Plea ( )        Bond ( )              To Counts _____
Trial       (X)        Federal Custody ( )   To Total Counts _____
Nolo plea   ( )        State Custody   ( )   AUSA: Lawrence LaVecchio