# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

Case No. 10-80149-CR

vs. Cynthia Cadet
Joseph Castronuovo
Defendant(s)

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
  Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
  Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
  Item Nos. _____

☐ Other (Explain): All exhibits returned

☐ Attachments
  (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Thomas P. [illegible]
AGENCY OF FIRM: _____
ADDRESS: _____
TELEPHONE: _____
DATE: 7/31/13

EXHIBITS RELEASED BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record