UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO: 10-80149-CR

                        Plaintiff

vs.

Joseph Castronuovo,

### SENTENCING MINUTES

DATE: 4/4/14                    Court Reporter: Stephen Franklin

AUSA Larry LaVecchio           Defense Counsel: Thomas Sclafani
Paul Schwartz
                                Deputy Clerk: Irene Ferrante

### JUDGMENT AND SENTENCE

Imprisonment    18    MONTHS as to COUNTS    13

_____

_____

Probation _____ YEARS as to COUNTS _____

Supervised Release    2    YEARS as to Counts _____

____ Association restriction    ____ Employment Requirement    ✓ Permissible Search    ____ Deportation

____ Mental Health Treatment    ____ Substance abuse treatment    ___ Financial disclosure    ____ No debt

____ No self-employment ____ Related concern restriction _____ Sex offender conditions

relinquishment of licensure
forfeiture order entered.

Assessment $100.00    Fine Ø    Restitution: _____

____ Counts remaining dismissed on Government motion _____

✓ Defendant advised of his right to appeal.

____ Remanded to U.S. Marshal

✓ Voluntary Surrender on or before    2:00pm on 6/4/14

Recommendation to the Bureau of Prisons    Care level 3 Camp in Miami

_____

Time in court: 2:15    Testimony: Phillip Wise - BOP Consultant